for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's order filed August 24, 2000, be affirmed substantially for the reasons stated therein.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the district court's January 28, 2001 order and judgment be affirmed substantially for the reasons stated in the accompanying memorandum opinion.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

**John A. FREEMAN, II, Appellant,**

v.

**Glynis MORGAN, Case Management Specialist, U.S. Department of Justice, et al., Appellees.**

No. 00–5157.

United States Court of Appeals, District of Columbia Circuit.

May 29, 2001.

Rehearing En Banc Denied Sept. 25, 2001.

Before EDWARDS, Chief Judge; RANDOLPH and TATEL, Circuit Judges.

**John Patrick MCSHEFFREY, Appellant,**

v.

**EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS, et al., Appellees.**

No. 00–5068.

United States Court of Appeals, District of Columbia Circuit.

May 30, 2001.

Before WILLIAMS, SENTELLE, and RANDOLPH, Circuit Judges.